**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARTIN RICHARDS**                                                                                   **PLAINTIFF**

**v.**                                      **4:10CV00245WRW/JTK**

**LPN LUMPKIN,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's motion for order (Doc. No. 14), which this Court construes as a motion for preliminary injunctive relief, is hereby DENIED.

IT IS SO ORDERED this 7th day of September, 2010.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE