**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARTIN RICHARDS,
ADC #148155**                                                                                         **PLAINTIFF**

v.                                                    **4:10CV00245WRW/JTK**

**LPN LUMPKIN,** *et al.*                                                                              **DEFENDANTS**

**ORDER**

This matter is before the Court on Defendants' Motion to Compel (Doc. No. 22). As of this date, Plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion to Compel within ten (10) days of the date of this Order. Failure to respond shall result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

The Clerk is directed to forward to Plaintiff a copy of docket entry #22, including attachments.

IT IS SO ORDERED this 9th day of September, 2010.


                                                                                                    /s/Wm. R. Wilson, Jr.
                                                                        UNITED STATES DISTRICT JUDGE