## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARTIN RICHARDS,  PLAINTIFF
ADC #148155

v. 4:10-cv-00245-WRW-JTK

NURSE LUMPKIN, et al. DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 41). Defendants state in Response that they responded to Plaintiff's Interrogatories on October 8, 2010, and attach a copy of their responses (Doc. No. 46, Ex. 4). Having reviewed the attached responses, the Court finds Plaintiff's Motion should be denied. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 41) is hereby DENIED without prejudice.

IT IS SO ORDERED this 15th day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE