**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARTIN RICHARDS,                                                                                                    PLAINTIFF
ADC #148155

v.                                    4:10-cv-00245-WRW-JTK

LPN LUMPKIN, et al.                                                                DEFENDANTS

<u>ORDER</u>

Plaintiff's Motion for Order (Doc. No. 47) should be re-docketed as a Request for Witnesses at the March 8, 2011 Pre-Jury Hearing.

IT IS SO ORDERED this 7th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE