# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARTIN RICHARDS,                                                                                      PLAINTIFF
ADC #148155

v.                                           4:10-cv-00245-BRW-JTK

NURSE LUMPKIN, et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 64). Defendants filed a Response in opposition to the Motion (Doc. No. 66).

In support of the Motion, Plaintiff states Defendants have not provided to him a complete copy of his medical file, or policies and procedures he requested. Defendants state they have responded to Plaintiff's requests, and attach as proof copies of those responses which were forwarded to him on January 6, 2011 and January 24, 2011. In light of this Response, the Court finds Plaintiff's Motion should be denied. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 64) is hereby DENIED.

IT IS SO ORDERED this 16th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE