IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN RICHARDS,
ADC #148155                                                                                            PLAINTIFF

v.                                                4:10-cv-00245-BRW-JTK

NURSE LUMPKIN, et al.                                                           DEFENDANTS

## **ORDER**

In response to the Court's Order of October 20, 2010 (Doc. No. 39), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled for March 8, 2011, the Plaintiff has submitted requests for nine witnesses (Doc. Nos. 42, 47, 54). Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records.

IT IS SO ORDERED this 17th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE