**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARTIN RICHARDS,
ADC #148155                                                                                                          PLAINTIFF

v.                                        4:10-cv-00245-BRW-JTK

LPN LUMPKIN, et al.                                                                      DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint against Defendants is DISMISSED without further hearing.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 5th day of April, 2011.

                                                /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE