**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARTIN RICHARDS,
ADC #148155                                                                                          PLAINTIFF

v.                                            4:10-cv-00245-BRW-JTK

LPN LUMPKIN, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of April, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE